HERBERT SMITHERS, Appellant, *v.* WARREN LESLIE, Respondent.

Submitted October 4, 1937; decided October 12, 1937.

*Edgar A. Martin* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.